| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR COURT |
| | ) | |
| COUNTY OF PORTER | ) | |
| | | |
| DONALD BULL, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Cause Number: 64D01-1107-CT-6449 |
| IMC CREDIT SERVICES, LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |

### COMPLAINT AND DEMAND FOR JURY TRIAL - INDIVIDUAL

Plaintiff, Donald Bull (hereinafter referred to as "Mr. Bull"), on behalf of himself, by counsel, Michael P. McIlree, for his Complaint against the Defendant, IMC Credit Services, LLC ("IMC"), alleges and state the following:

### INTRODUCTION

1. This is an action for damages brought by the Plaintiff, ("Mr. Bull"), for the Defendant's violations of the Federal FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692, *et seq.* (hereinafter referred to as "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### JURISDICTION

2. This Court has jurisdiction over the claims in this matter as Plaintiff resides in this jurisdiction and the conduct complained of occurred here.

### PARTIES

3. Mr. Bull is an individual consumer currently residing in Porter County, Indiana.

4. IMC is a collection agency who collects debts nationwide including the State of Indiana.

5. IMC is a debt collector as defined by 15 U.S.C. § 1692a(6). Defendant regularly

collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

## FACTUAL ALLEGATIONS

<u>6.</u>   Plaintiff has been leaving pre-recorded robotic calls for Defendant on an answering machine where Defendant, his father and his sister reside.

<u>7.</u>   The calls are regarding collection of an alleged medical debt obtained for personal, family or household purposes.

<u>8.</u>   Defendant knew or had reason to know that other persons besides the Plaintiff might hear the pre-recorded robotic messages including the message let on June 14, 2011.

<u>9.</u>   Defendant's sister heard said message left on the answering machine.

<u>10.</u>   Defendant's conduct violates the Federal Fair Debt Collection Practices Act, 15 U.S.C. 1692 et al.

<u>11.</u>   The Fair Debt Collection Practices Act under 15 U.S.C. 1692c(b) provides:

### (b) Communication with third parties

Except as provided in section 1692b of this title, without the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent jurisdiction, or as reasonably necessary to effectuate a postjudgment judicial remedy, a debt collector may not communicate, in connection with the collection of any debt, with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector.

<u>12.</u>   The pre-recorded robo-call of message left on June 14, 2011 left on the household answering machine stated that the message was from a debt collector.

<u>13.</u>   Defendant has violated 15 U.S.C. §1692c.

<u>14.</u>   Defendant has violated 15 U.S.C. §1692d.

**15.** Defendant has violated 15 U.S.C. §1692f.

WHEREFORE, plaintiff requests that the Court enter judgment in his favor against the Defendant for:

1. Mr. Bull's actual damages.

2. The maximum amount of statutory damages provided under the FDCPA.

3. Attorney's fees, litigation expenses and costs.

4. Such other and further relief as is appropriate.

Respectfully submitted

By _____
Michael P. McIlree

## VERIFICATION

I declare that the statements contained in the Complaint are true and accurate to the best of my knowledge and belief.

_____
DONALD BULL, Plaintiff

## JURY DEMAND

_____
Plaintiff demands trial by jury.

Michael P. McIlree, #19847-45
Attorney at Law
821 E. Lincolnway, Ste. 1
Valparaiso, IN 46383
Tel: (219) 548-1800
Fax: (219) 548-5905
Attorney for Plaintiff