FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

2011 AUG -1 AM 11: 12

| | | |
|---|---|---|
| DONALD BULL, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. |
| IMC CREDIT SERVICES, LLC, | ) | 2 11 CV 276 |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant, IMC Credit Services, LLC, by counsel, pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, hereby files its Notice of Removal of this cause to the United States District Court for the Northern District of Indiana, Hammond Division, from the Porter County Superior Court, and in support of this motion states:

1. Defendant is the Defendant in an action now pending in the Porter County Superior Court, Cause No. 64D01-1107-CT-6449 and Defendant hereby files this Notice of Removal.

2. On July 12, 2011, Plaintiff commenced this cause of action.

3. Defendant was not served until on or about July 15, 2011.

4. The cause of action stated in Plaintiff's Complaint is for an alleged violation of the Fair Debt Collection Practices Act 15 U.S.C. §1692 et seq ("FDCPA").

5. Pursuant to 15 U.S.C. §1692k(d), the District Court has jurisdiction over causes of action under the FDCPA.

6. Pursuant to 28 U.S.C. § 1441(b) civil actions on which the District Courts have original jurisdiction found that on a claim or right arising under the laws of the United States are removable without regard to the citizenship or residence of the parties.

110847 / 1390236-1

7. Attached hereto, made a part hereof and marked as Exhibit "A", is a copy of Defendant's Notice to Plaintiff and Clerk of the Porter County Superior Court of Defendant's Application to Remove Cause to Federal Court, which was sent to the State court contemporaneously with the filing of this Notice of Removal.

8. Attached hereto, made a part hereof and marked as Exhibit "B" is a copy of all other pleadings filed in the Porter County Superior Court.

WHEREFORE, Defendant, by counsel, files its Notice of Removal of this cause of action from the Porter County Superior Court to this Court.



Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By:_____
Peter A. Velde
Attorneys for Defendant

KIGHTLINGER & GRAY, LLP
151 N. Delaware St. Suite 600
Indianapolis, IN 46204
(317) 638-4521
pvelde@k-glaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by first class mail, postage prepaid, this 29th day of July 2011 to:

Michael McIlree
Attorney at Law
821 E. Lincolnway Ste. 1
Valparaiso, IN 46383

_____
Peter A. Velde

110847 / 1390236-1