# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| DONALD BULL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:11-cv-276 |
| IMC CREDIT SERVICES, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the parties' Joint Stipulation of Dismissal. [DE 6.] The Stipulation is signed by counsel for both parties. Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is therefore proper. The parties' Joint Stipulation of Dismissal [DE 6] is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

ENTERED: August 22, 2011

s/ Philip P. Simon
PHILIP P. SIMON, CHIEF JUDGE
UNITED STATES DISTRICT COURT